# EASTERN DISTRICT OF MI U.S. DISTRICT COURT

| CASSADAY, KEVIN | vs | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

**RECEIVED APR 25 2022**
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## JURISDICTION:

THE FBI IS LOCATED IN THE EASTERN DIST. OF MI THIS COURT HAS AUTHORITY OVER THIS MATTER.

Case: 4:22-cv-10909
Judge: Davis, Stephanie Dawkins
MJ: Patti, Anthony P.
Filed: 04-22-2022
CMP CASSADAY VS FEDERAL BUREAU OF INVESTIGATION ET AL (DP)

## FEES:

PLTF. IS ON A MEANS TESTED INCOME, SSDI, THE PLTF. IS ALSO NOT CONVICTED.

## AFFIDAVIT:

THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY.

4-16-2022    Kevin Cassaday #9178

## ASSOCIATED CASES:

WESTERN DIST. OF MI U.S. DIST. COURT, 1:21-cv-759

Page 1 of 5

MOTION:

1. TRANSFER 1:21-CV-759 UNITED AIR LINES VS. WIENER, 335 F. 2d 379, 8 FED. R. SERV. 2d (CALLAGHAN) 49 B.42, CASE 1 (CA 9 CAL. 1964)

2. RE-INITIATE 1:21-CV-759

COMPLAINT:

PLTF. FILED A CASE AGAINST THE DEF. IN 2021. IN SEPTEMBER OF 2021 A U.S. MARSHAL & AN AGENT RYAN ROSKEY SHOWED UP AT PLTF'S RESIDENCE POUNDING ON THE DOOR, PLTF. WAS AWAKEN & FEARED THAT SOMEONE WAS IN DISTRESS.

THE MARSHAL DID THE TALKING & ROSKEY HELD THE PLTF'S STORM DOOR OPEN. PLTF. ASKED IF THEY "POSSESSED A WARRANT" & MEANT TO SAY SUBPOENA, THEY HAD NEITHER.

PLTF. TOLD THEM THEY WERE TRASSPASSING & ATTEMPTED TO CLOSE

Page 2 of 5

THE STORM DOOR BUT AGENT ROSKEY WOULD NOT LET GO OF THE DOOR, SO PLTF. PUT DOWN HIS PHONE & ATTEMPTED AGAIN TO CLOSE THE DOOR & ROSKEY RESISTED AGAIN BUT PLTF. DID GET IT & CLOSED THE DOORS.

BOTH AGENTS RETURNED AGAIN ON OCTOBER 27, 2021 TO ARREST THIS PLTF. IN MATTER WITHIN WESTERN DIST. OF MI U.S. COURT CASE # 1:21-mj-562 (MV).

PLTF. WALKED OUT OF HIS HOME & BOTH AGENTS GRABBED A HAND, ROSKEY HAD PLTF'S RIGHT HAND, WHEN DOING SO THEY STARTED TO PULL PLTF'S ARMS BACK & PLTF. TOLD THEM "HE WAS DISABLED & WON'T BE ABLE TO HAVE HIS HANDS BEHIND HIS BACK", THE MARSHAL STOPPED & BELIEVED HE ASKED FOR A BELLY CHAIN, BUT PLTF THEN REALIZED ROSKEY WAS HURTING HIM & PLTF. LOOKED AT HIM & SAID "YOU ARE HURTING ME, ROSKEY" THEN ACTUALLY INFLICTED MORE PAIN UPON MR. CASSADAY & SAID

Page 3 of 5

"QUIT RESISTING" MAYBE A COUPLE TIMES.

PLTF'S HAND & ARM DO NOT BEND LIKE THEY WERE BEING FORCED, HENCE THE PAIN.

DURING BOOKING ROSKEY THREATENED PLTF, "YOU CALL THE JUDGES AGAIN I'LL COME GET YOU AGAIN." 18 USC § 249(a)(2)(A) & GIVES LEAVE TO THE COURTS TO THE FULL EXTENT BY PLTF..

RELIEF SOUGHT:

1. REMOVAL OF RYAN ROSKEY FROM EMPLOYMENT

2. MONETARY DAMAGES

Page 4 of 5

ADDITIONAL DEF.:

1. TIMOTHY WATERS

2. RYAN ROSKEY


PLTF. LOCATION:

CURRENTLY & EXPECTED TO CHANGE AT ANY TIME

NEWAYGO COUNTY JAIL

300 WILLIAMS St.
P.O. BOX 845
WHITE CLOUD, MI 49349

HOME ADDRESS WILL BE

4819 N. STARK RD.
HOPE, MI 48628

